JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| **MARTIN R. VANDEMERWE,** | ) | **NO. CV 17-4743-RGK (KS)** |
| **Petitioner,** | ) | |
| | ) | |
| **v.** | ) | **JUDGMENT** |
| | ) | |
| | ) | |
| **STEVEN LANGFORD, Warden,** | ) | |
| | ) | |
| **Respondent.** | ) | |

_____

Pursuant to the Court's Order Accepting Findings and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that this action is dismissed without prejudice.

DATED:    December 11, 2017

_____
R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE